O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FARDEN, JR.,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | CASE NO. ED CV 12-00916 RZ<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: March 4, 2013

　　　　　　　　　　　　　　　　　　　　/s/ Ralph Zarefsky
　　　　　　　　　　　　　　　　　　　　RALPH ZAREFSKY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE